OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



February 15, 2024

Mr. Kenneth Eugene Cherry, Jr., #69878-066
Loretto FCI
P.O. Box 1000
Cresson, PA 16630

RE: USA v. Kenneth Cherry, Jr.
Case Number: 24-1213
District Court Case Number: 2-19-cr-00122-001

Dear Mr. Cherry:

A notice of appeal has been filed from the final order of the District Court denying a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. Section 2255, or a related motion filed pursuant to Fed. R. Civ. P. 60(b). An appeal from such an order may not proceed to consideration of the merits unless a "circuit justice or judge" grants a certificate of appealability. 28 U.S.C. Section 2253. The Court's procedure regarding certificates of appealability are set forth at **Third Circuit Local Appellate Rules (3rd Cir. LAR** 22.1, 22.2, and 22.3).

Appellant has not filed an application for a certificate of appealability. Appellant may file an application within twenty-one (21) days of the date of this letter. If appellant does not file an application for a certificate of appealability, appellant's notice of appeal will be deemed to be such an application and will be submitted by the Clerk of this Court to a panel of the Court for consideration. Any response in opposition to issuance of a certificate of appealability must be filed no later than fourteen (14) days after service of appellant's application or, if no formal application is filed, within thirty-five (35) days of the date of this letter. Appellant may file a reply no later than ten (10) days after service of any response in opposition.

If the Court grants the application for a certificate of appealability, the Clerk will issue a briefing schedule. The appeal will be heard on the original record. 3rd. Cir. LAR 30.2. If the appellant is indigent, counsel will be appointed on behalf of the appellant under the

Criminal Justice Act, unless the Court instructs otherwise. 18 U.S.C. Section 3006A(a)(2)(B); IOP 10.3.2.

If the Court denies the request for a certificate of appealability, you may seek review in the United States Supreme Court by filing a petition for writ of certiorari. Contact the Supreme Court at 1 First Street, N.E., Washington, D.C. 20543 (phone 202-479-3000) for information on filing a petition for writ of certiorari.

The parties will be advised of any Order issued in this matter.

Very truly yours,


s/ Patricia S. Dodszuweit
Clerk

*Maria*

By:
Maria, Administrative Assistant

cc:　　Robert A. Zauzmer, Esq.