IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION |
| v. | : NO. 19-122-1 |
| | : |
| KENNETH EUGENE CHERRY, JR. | : **NOTICE OF APPEAL** |

COMES NOW Petitioner Kenneth Eugene Cherry, Jr., a pro se prisoner, giving NOTICE OF APPEAL on the Court's January 24, 2024 order and memorandum denying Petitioner's 28 U.S.C. Section 2255 motion.

Dated: February 11, 2024

Respectfully submitted,

Kenneth Eugene Cherry, Jr.
Pro se Petitioner
69878-066
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19105

Kenneth Chaney 69878-066
P.O. Box 562
Philadelphia, PA 19105

SPRINGFIELD MO 658
13 FEB 2024 PM 3 L


RECEIVED
FEB 20 2024

Clerk's office
U.S. District Court
601 Market St. Ste 16613
Philadelphia, PA 19106

19106-170963