**ALD-130**

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **24-1213**

UNITED STATES OF AMERICA

VS.

KENNETH EUGENE CHERRY, a/k/a Kenny,
Appellant

(E.D. Pa. Cr. No. 2-19-cr-00122-001)

Present: HARDIMAN, MONTGOMERY-REEVES, and NYGAARD, Circuit Judges

Submitted is Appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

in the above-captioned case.

Respectfully,

Clerk

ORDER

The foregoing request for a certificate of appealability is denied as Appellant has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Appellant's claims that 18 U.S.C. §§ 922(g)(1) and (k) are unconstitutional as applied to him under New York State Rifle & Pistol Association, Inc. v. Bruen, 597 U.S. 1 (2022), are unreviewable under the concurrent-sentence doctrine because success on those claims would have no effect on the length of his sentence. See Gardner v. Warden Lewisburg USP, 845 F.3d 99, 104 (3d Cir. 2017); see also United States v. Ross, 801 F.3d 374, 378 (3d Cir. 2015) (emphasizing that relief under § 2255 is limited to those "claiming the right to be released" from custody). For substantially the reasons provided by the District

Court, reasonable jurists would not debate its determination that the remining claims lack merit. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003).

By the Court,

/s/ Tamika R. Montgomery-Reeves
Circuit Judge

Dated: June 28, 2024
Lmr/cc: Robert A. Zauzmer, Esq.
Kenneth Eugene Cherry, Jr.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate